No. 631.   DAVID GOLDSMITH ET AL., PLAINTIFFS IN
ERROR, v. ALFRED C. F. MEYER.   In error to the Supreme
Court of the State of Missouri.   March 4, 1918.   Dis-
missed per stipulation.   *Mr. David Goldsmith* for plaintiffs
in error.   *Mr. Hickman P. Rodgers* for defendant in error.

---

No. 229.   PETER MARSHALL, PLAINTIFF IN ERROR, v.
CHICAGO, ROCK ISLAND & PACIFIC RAILWAY COMPANY.
In error to the Supreme Court of the State of Minnesota.
March 18, 1918.   Dismissed with costs, pursuant to the
tenth rule.   *Mr. Harlan E. Leach* for plaintiff in error.
*Mr. McNeil V. Seymour* for defendant in error.

---

No. 779.   OREGON-WASHINGTON RAILROAD AND NAVI-
GATION COMPANY, PLAINTIFF IN ERROR, v. THURSTON
COUNTY, STATE OF WASHINGTON, ET AL.   In error to
the Supreme Court of the State of Washington.   March 20,
1918.   Dismissed with costs, on motion of counsel for
plaintiff in error.   *Mr. Arthur C. Spencer* for plaintiff in
error.   No appearance for defendants in error.

---

No. 806.   NAVY YARD ROUTE, PLAINTIFF IN ERROR, v.
H. E. DEVLIN.   In error to the District Court of the
United States for the Western District of Washington.
March 21, 1918.   Dismissed, per stipulation.   *Mr. Ira
Bronson* for plaintiff in error.   *Mr. Thomas R. Shepard*
for defendant in error.

---

No. 746.   JAMES HALLAGAN ET AL., PLAINTIFFS IN
ERROR, v. SIMEON A. DOWELL.   In error to the Supreme